# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 11-170-AG |
| Date | December 19, 2011 |

Present: The Honorable **Andrew J. Guilford, U.S. District Judge**

Interpreter  None

| Lisa Bredahl | Denise Paddock | Rob Keenan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Carlton Neil Morse | X | | X | Paul Meyer | X | | X |

**Proceedings:**   STATUS CONFERENCE RE PRETRIAL RELEASE

Cause is called.  Counsel appear and make their arguments before the Court.  The defendant addresses the Court.  The Court expresses the severity of defendant's offense and emphasis that the Probation Office and the Court will continue closely monitoring him.

|     |   |     |
|---|---|---|
| 0 | : | 20 |

Initials of Deputy Clerk   lmb

cc:  PSA; USPO; USM-SA