# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 11-170-AG | Date | January 18, 2012 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Denise Paddock | Rob Keenan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CARLTON NEIL MORSE | X | | X | Paul Meyer | | X | X |

**Proceedings:**    CHANGE OF PLEA

Defendant moves to change plea to Count 1 of the Indictment.

Defendant sworn and states true name as charged.

Defendant enters new and different plea of GUILTY to Count 1 of the Indictment.

The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.  The Court ORDERS the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report,  and the matter is continued to May 14, 2012 at 1:30 pm for sentencing.

Counsel stipulate and the Court finds by clear and convincing evidence that the defendant is not a flight risk or a risk to the community.  Defendant shall remain on bond on the same terms and conditions as previously imposed.

The Court ORDERS the jury trial vacated as to this defendant only.

|  | 0 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |