1   PAUL S. MEYER (State Bar No. 51146)
2   PAUL S. MEYER, A PROFESSIONAL CORPORATION
    695 Town Center Drive, Suite 875
3   Costa Mesa, California 92626
    Phone: 714 754 6500
4   Fax:    714 979 9047
    Email: meyerlaw@fea.net
5
    Attorney for Defendant
    CARLTON NEIL MORSE

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA        )   CASE NO.  SACR11-00170-AG
                                    )
12                    Plaintiff,    )   DEFENDANT'S *EX PARTE*
                                    )   APPLICATION FOR ORDER
13            vs.                   )   SEALING DOCUMENT;
                                    )   DECLARATION OF PAUL S. MEYER
14  CARLTON NEIL MORSE,             )
                                    )   [PROPOSED] ORDER SEALING
15                    Defendant.    )   DOCUMENT FILED SEPARATELY
                                    )
16  _____ )   ~~FILED UNDER SEAL~~
17
18
19
20
21
22
23
24
25
26
27
28

1

1    Defendant CARLTON NEIL MORSE hereby applies *ex parte* for an order that

2    the Defendant's Supplemental Sentencing Memorandum, as well as this *ex parte*

3    application, be filed under seal.

4    This *ex parte* application is based on the attached declaration of Paul S. Meyer.

7    Dated:    July 13, 2012    Respectfully submitted,

PAUL S. MEYER
A PROFESSIONAL CORPORATION

PAUL S. MEYER
Attorney for Defendant
CARLTON NEIL MORSE

DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER
SEALING DOCUMENT; DECLARATION OF PAUL S. MEYER **[Filed Under Seal]**

1

2

### DECLARATION OF PAUL S. MEYER

3

    I, PAUL S. MEYER, declare as follows:

4

    1.    I am the attorney for Defendant Carlton Neil Morse.

5

    2.    The Defendant requests leave to file Defendant's Supplemental

6 Sentencing Memorandum in this matter under seal. The Supplemental Sentencing

7 Memorandum discloses the fact that defendant has cooperated with the government

8 investigation. Disclosure could subject Mr. Morse to harm and render him vulnerable

9 were he to be incarcerated. Further, disclosure could chill other defendants'

10 willingness to provide cooperation in other matters in the future.

11

    3.    Accordingly, the Defendant requests that Defendant's Supplemental

12 Sentencing Memorandum, which is being filed concurrently with this application,

13 together with this application, be filed under seal.

14

    4.    Should the court deny this application, the Defendant requests that the

15 Supplemental Sentencing Memorandum and this application not be filed, but returned

16 to the Defendant, without filing of the documents or reflection of the name or nature

17 of the documents on the clerk's public docket.

18

    I declare under penalty of perjury that the foregoing is true and correct and

19 would so testify in court. Executed this 13th day of July, 2012, at Costa Mesa,

20 California.

21

22

23 Paul S. Meyer

24

25

26

27

28

DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER
SEALING DOCUMENT; DECLARATION OF PAUL S. MEYER [Filed Under Seal]

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, at the Law Offices of Paul S. Meyer, APC, 695 Town Center Drive, Suite 875, Costa Mesa, California 92626. I am over the age of 18 and not a party to the within action.

On July 13, 2012, I served a true copy of the foregoing document described as **DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF PAUL S. MEYER [FILED UNDER SEAL]** on the parties in this action as follows:

Rob.Keenan@usdoj.gov
Robert J. Keenan
Assistant United States Attorney

Kathleen_Peralta@cacp.uscourts.gov
Kathleen Peralta
United States Probation Officer

**XX**   **BY EMAIL SERVICE:**   I caused a true copy of such document to be transmitted by email to the addresses indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and would so testify in court. Executed on July 13, 2012, at Costa Mesa, California.

*k. Hoang*
Kristin Hoang